198 So. 155
### Woodrow DAVIS et al. v. STATE.
### 4 Div. 162.

Supreme Court of Alabama.
Oct. 10, 1940.

J. W. Brassell and W. R. Belcher, both of Phenix City, for the motion.

Thos. S. Lawson, Atty. Gen., and Francis M. Kohn, Asst. Atty. Gen., opposed.

GARDNER, Chief Justice.

Petition of Woodrow Davis and Raymond Martin for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Davis et al. v. State, 29 Ala.App. 421, 198 So. 153.

Writ denied.

BOULDIN, FOSTER, and LIVINGSTON, JJ., concur.